# NO. 12-21-00242-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *GLENDA RYAN,*<br>*APPELLANT/CROSS-APPELLEE* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *VIRGINIA FENDER,*<br>*APPELLEE/CROSS-APPELLANT* | § | *SMITH COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant/Cross-Appellee, Glenda Ryan, and Appellee/Cross-Appellant, Virginia Fender, filed a joint motion to dismiss this appeal, which states that neither party desires to further pursue the appeal. No decision has been delivered in this appeal. Accordingly, we **grant** the joint motion and **dismiss** the appeal. *See* TEX. R. APP. P. 42.1(a).

Opinion delivered June 30, 2022.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 30, 2022**

**NO. 12-21-00242-CV**

**GLENDA RYAN,**
Appellant/Cross-Appellee
V.
**VIRGINIA FENDER,**
Appellee/Cross-Appellant

Appeal from the 114th District Court
of Smith County, Texas (Tr.Ct.No. 16-1522-B)

THIS CAUSE came on to be heard on the joint motion of the Appellant/Cross-Appellee and Appellee/Cross-Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*